Same case below, 614 F.3d 1213.

**No. 10-656. Patricia A. Muscarello, Petitioner v. Ogle County Board of Commissioners, et al.**

562 U.S. 1200, 131 S. Ct. 1045, 178 L. Ed. 2d 865, 2011 U.S. LEXIS 1038.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 610 F.3d 416.

**No. 10-657. Patricia Martin, Petitioner v. Michael Martin.**

562 U.S. 1200, 131 S. Ct. 1046, 178 L. Ed. 2d 865, 2011 U.S. LEXIS 949.

January 24, 2011. Petition for writ of certiorari to the Supreme Court of New Hampshire denied.

Same case below, 160 N.H. 645, 8 A.3d 60.

**No. 10-659. Colegio de Abogados de Puerto Rico, Petitioner v. Herbert W. Brown, et al.**

562 U.S. 1200, 131 S. Ct. 1046, 178 L. Ed. 2d 865, 2011 U.S. LEXIS 1021.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 613 F.3d 44.

**No. 10-662. Asworth, LLC, fka Asworth Corporation, et al., Petitioners v. Kentucky Department of Revenue, Finance and Administration Cabinet, fka Revenue Cabinet.**

562 U.S. 1200, 131 S. Ct. 1046, 178 L. Ed. 2d 865, 2011 U.S. LEXIS 1056, ▮

January 24, 2011. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

**No. 10-664. Josephine Joyce, Petitioner v. J.C. Penney Corporation, Inc.**

562 U.S. 1201, 131 S. Ct. 1046, 178 L. Ed. 2d 865, 2011 U.S. LEXIS 1020, ▮

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 389 Fed. Appx. 529.

**No. 10-676. Stephen L. Hawks, Petitioner v. Jim Mattox, et al.**

562 U.S. 1201, 131 S. Ct. 1046, 178 L. Ed. 2d 865, 2011 U.S. LEXIS 966.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 387 Fed. Appx. 878.

**No. 10-682. RBC Capital Markets, LLC, fka RBC Capital Markets Corporation, Petitioner v. Leonard Schneider, et al.**

562 U.S. 1200, 131 S. Ct. 1047, 178 L. Ed. 2d 865, 2011 U.S. LEXIS 926.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 607 F.3d 322.